IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Caldwell Jr, Phillip G

Printed: 10/22/08

Case Number: 07 B 12344
Judge: Wedoff, Eugene R
Filed: 7/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,080.00 |  |
| Secured: |  | 7,354.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,124.00 |
| Trustee Fee: |  | 601.31 |
| Other Funds: |  | 0.00 |
| Totals: | 11,080.00 | 11,080.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 3,124.00 | 3,124.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 23,152.93 | 3,452.49 |
| 4. | Litton Loan Servicing | Secured | 35,000.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 3,902.20 | 3,902.20 |
| 6. | ECast Settlement Corp | Unsecured | 250.00 | 0.00 |
| 7. | Terrell Smith | Priority |  | No Claim Filed |
| 8. | Genitra Tate | Priority |  | No Claim Filed |
| 9. | State Of Iowa | Priority |  | No Claim Filed |
| 10. | Carmel Financial Corp | Unsecured |  | No Claim Filed |
| 11. | CEE Group | Unsecured |  | No Claim Filed |
| 12. | State Of Iowa | Unsecured |  | No Claim Filed |
|  |  |  | $ 65,429.13 | $ 10,478.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 583.69 |
| 6.5% | 17.62 |
|  | $ 601.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Caldwell Jr, Phillip G | Case Number:  07 B 12344 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/22/08 | Filed:  7/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

